PROB. 12B
(7/93)

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 15 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

## United States District Court

### for the

### DISTRICT OF HAWAII

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: JAMES ROBERT BREITENBUCHER   Case No. CR 01-00080SOM-01

Name of Sentencing Judicial Officer:   The Honorable Susan Oki Mollway
                                       U.S. District Judge

Date of Original Sentence:  10/9/2001

Original Offense:   Bank Robbery, in violation of 18 U.S.C. § 2113(a), a Class C felony

Original Sentence:  Seventy (70) months imprisonment, to be followed by three
                    (3) years supervised release with the following special conditions:
                    1) That the defendant participate in a substance abuse program,
                    which may include drug testing at the discretion and direction of the
                    Probation Office; 2) That the defendant is prohibited from
                    possessing any illegal or dangerous weapons; 3) That the
                    defendant participate in a mental health program at the discretion
                    and direction of the Probation Office; and 4) That the defendant
                    shall provide the Probation Office and the Financial Litigation Unit
                    of the U.S. Attorney's Office access to any requested financial
                    information to include submitting to periodic debtor's examinations
                    as directed by the Probation Office.  The Court also ordered that
                    the restitution of $309.00 is due immediately to the Hawaii National
                    Bank, and any remaining balance upon release from confinement
                    be paid during the period of supervision on an installment basis
                    according to the collection policy of the Probation Office but at a
                    rate of not less than 10 percent of his monthly gross income.
                    Interest, if applicable, is waived while the defendant is serving his
                    term of imprisonment and shall commence to accrue on any
                    remaining balance upon his release on supervision.

Type of Supervision:  Supervised Release    Date Supervision Commenced:  4/20/2006

## PETITIONING THE COURT

[✓]   To modify the conditions of supervision as follows:

General Condition:   That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

Special Condition No. 1:   That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

## CAUSE

Violation Number        Nature of Noncompliance

1. General Condition    The subject's urine specimen of 7/17/2006 tested positive for methamphetamine.

   Per Special Condition No. 1, the subject was referred to outpatient substance abuse counseling and drug testing at Freedom Recovery Services (FRS). On 7/17/2006, the subject provided a urine specimen for testing at FRS. The specimen was tested with a non-instrumented drug testing device, and was presumptively positive for methamphetamine. Our office later received laboratory confirmation that the subject's urine specimen of 7/17/2006 was positive for methamphetamine. Initially, the subject denied using methamphetamine, but did admit to taking some pills prescribed to his stepson. He later admitted that he had in fact taken methamphetamine on 7/15/2006. The subject was admonished for both lying to this officer and for using illicit drugs.

   As a corrective measure, the subject was placed in the Intensive Outpatient Program at FRS. This consists of three-(3) hour counseling sessions at least three (3) times per week. The subject is Bipolar and currently receives psychiatric assistance through FRS with a medical doctor on staff. He is also prescribed Abilify, to deal with his Bipolar disorder. Until recently, the subject was seeing a psychologist at the Tripler Army Medical Center. He was recently referred to Dr. Kevin Connors to address his mental health issues on a weekly basis.

Prob 12B
(7/93)

3

    As a result of the subject's methamphetamine use and in light of <u>U.S. vs. Stephens</u>, we are requesting that the Court modify the mandatory drug testing condition (General Condition) to allow for additional drug testing. We are also requesting that Special Condition No. 1 be revised to include updated language. Our office believes that due to the subject's history of illicit drug use, it is prudent to randomly test the subject for drug use until the expiration of supervision.

    As noted by his signature on the attached Waiver of Hearing form (Probation Form 49), the subject maintains no objections to this recommendation. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modifications.

Respectfully submitted by,

*[signature]*

FRANK M. CONDELLO, II
U.S. Probation Officer

Approved by:

*[signature]*

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 8/14/2006

---

THE COURT ORDERS:

[ ✓ ] The Modification of Conditions as Noted Above
[   ] Other

*[signature]*

SUSAN OKI MOLLWAY
U.S. District Judge

AUG 1 4 2006
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]   To modify the conditions of supervision as follows:

> *General Condition:* That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.
>
> *Special Condition No. 1:* That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

Witness: _____        Signed: _____
FRANK M. CONDELLO, II                                                JAMES ROBERT BREITENBUCHER
U.S. Probation Officer                                                       Supervised Releasee

7/24/2006
Date