PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# United States District Court

## for the

### DISTRICT OF HAWAII

APR 2 0 2007

at _____ o'clock and _____ min. ___ M
SUE BEITIA, CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  JAMES ROBERT BREITENBUCHER      Case No.:  CR 01-00080SOM-01

Name of Sentencing Judicial Officer:    The Honorable Susan Oki Mollway
                                        U.S. District Judge

Date of Original Sentence:  10/9/2001

Original Offense:    Bank Robbery, in violation of 18 U.S.C. § 2113(a), a Class C felony

Original Sentence:   Seventy (70) months imprisonment, to be followed by three
                     (3) years supervised release with the following special conditions:
                     1) That the defendant participate in a substance abuse program,
                     which may include drug testing at the discretion and direction of the
                     Probation Office; 2) That the defendant is prohibited from
                     possessing any illegal or dangerous weapons; 3) That the
                     defendant participate in a mental health program at the discretion
                     and direction of the Probation Office; and 4) That the defendant
                     shall provide the Probation Office and the Financial Litigation Unit
                     of the U.S. Attorney's Office access to any requested financial
                     information to include submitting to periodic debtor's examinations
                     as directed by the Probation Office.

                     The Court also ordered that restitution of $309 is due immediately
                     to the Hawaii National Bank, and any remaining balance upon
                     release from confinement be paid during the period of supervision
                     on an installment basis according to the collection policy of the
                     Probation Office but at a rate of not less than 10 percent of his
                     monthly gross income.  Interest, if applicable, is waived while the
                     defendant is serving his term of imprisonment and shall commence
                     to accrue on any remaining balance upon his release on
                     supervision.

Modified
Sentence:            On 8/14/2006, the Court modified the conditions of supervision to
                     reflect, General Condition:  That the defendant shall refrain from
                     any unlawful use of a controlled substance.  The defendant shall

Prob 12B
(7/93)

2

submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day; and Special Condition No. 1:  That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

Type of Supervision:  Supervised Release    Date Supervision Commenced:  4/20/2006

## PETITIONING THE COURT

[X]    To modify the conditions of supervision as follows:

5)    *Defendant shall refrain from the use of alcohol and all other intoxicants during the term of supervision.*

6)    *Defendant shall not incur new credit charges or open additional lines of credit without prior permission from the Probation Officer.*

## CAUSE

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. General Condition | The subject admitted using cocaine on 1/13/2007. |

On 8/14/2006, Your Honor was informed that the subject provided a urine specimen on 7/17/2006 that tested positive for methamphetamine.  The subject admitted using methamphetamine on 7/15/2006.  As a corrective measure, the subject was placed in the Intensive Outpatient Program (IOP) at Freedom Recovery Services (FRS).  The subject was also receiving psychiatric and psychological assistance for his Bipolar Disorder.  As a result of the U.S. vs. Stephens decision, our office recommended that the Court modify the mandatory drug testing condition (General Condition) to allow for additional drug testing.  Our office also recommended that Special Condition No. 1 be revised to include updated language.  Your Honor concurred with these recommendations.

In September 2006, the subject relocated to Amityville, New York.  This was due to the subject's wife being transferred to New York by the U.S. Army.  Initially, the U.S. Probation Office in the Eastern District of New York (E/D NY) accepted courtesy supervision of the subject's case, but in November 2006, they accepted full supervision of the subject's case as it appeared he would be staying in their district for an extended period.

Prob 12B
(7/93)

3

Our office has been informed by the U.S. Probation Office in the E/D NY that the subject admitted using cocaine on 1/13/2007 after having an argument with his wife. He subsequently moved out of his residence with his wife and entered a clean and sober living environment. His drug tests have reportedly been negative. The subject is addressing his drug use at twelve (12) step Alcoholics Anonymous/Narcotics Anonymous (AA/NA) meetings and in outpatient substance abuse counseling sessions. Additionally, to increase his support network and to monitor his Bipolar Disorder, he is enrolled in weekly individual mental health treatment.

Because the subject admitted that he had been drinking shortly before his use of cocaine on 1/13/2007, it is recommended that the Court modify the conditions of supervision to include a special condition that the subject refrain from the use of alcohol and all other intoxicants during the term of supervision. Additionally, the subject reported to his probation officer in New York that he was engaging in excessive spending when he was experiencing a manic phase of his Bipolar Disorder. He is currently experiencing financial difficulties, although the subject is gainfully employed. As a result, it is also recommended that the Court modify the conditions of supervision to include a special condition that the subject not incur new credit charges or open additional lines of credit without prior permission from the Probation Officer.

As noted by his signature on the attached Waiver of Hearing form (Probation Form 49), the subject maintains no objections to this recommendation. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modifications.

Respectfully submitted by,

FRANK M. CONDELLO, II
U.S. Probation Officer

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 4/17/2007

Prob 12B
(7/93)

4

THE COURT ORDERS:

[ X ]    The Modification of Conditions as Noted Above
[   ]    Other

_____
SUSAN OKI MOLLWAY
U.S. District Judge

APR 1 8 2007
_____
Date

## NOTICE REGARDING MODIFICATION OF CONDITIONS

The defendant understands that any modification of court-ordered conditions is not a waiver of those conditions or of any consequence of violating those conditions. Violations that have preceded this or any modification of conditions may be considered by the court as a basis for revoking supervised release or probation, especially, but not only, in the event of a future violation, whether any such future violation is similar to or different from any preceding violation.

The absence of this notice does not confer, and should not be interpreted by the defendant as conferring, any rights on the defendant. The absence of this notice does not indicate, and should not be interpreted by the defendant as indicating, any position by the court or by the defendant. Even in the absence of this notice, supervised release or probation may, in the future, be revoked based on violations occurring before this or any other modification of conditions.

Agreed to and acknowledged:

_____
Defendant

Print Name: James Breitenbucher

Date: 4/16/07

U S PROBATION OFFICE
HONOLULU, HAWAII
'07 APR 16 P12:39
RECEIVED

PROB 49
(NYEP-10/28/05)

# United States District Court

## DISTRICT OF HAWAII

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and the assistance of counsel before any unfavorable change(s) may be made in my conditions of Probation and/or Supervised Release or before my period of supervision can be extended. By assistance of counsel, " I understand that I have the right to be represented at a hearing by counsel of my choosing if I am able to retain counsel. I also understand that I have the right to request that the Court appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel. "

I hereby voluntarily waive my statutory right to a hearing and to the assistance of counsel. I also hereby agree to the following modification (s) of my conditions of Probation and/or Supervised Release or to the proposed extension of my term of supervision: wing modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Defendant shall refrain from the use of alcohol and all other intoxicants during the term of supervision.**

**Defendant shall not incur new credit charges or open additional lines of credit without prior permission from the Probation Officer.**

Witness: _____
U.S. Probation Officer

Signed: _____
Probationer or Supervised Releasee

_____
Date