AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 01-00080SOM 01 |
| JAMES ROBERT BREITENBUCHER | |

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST JAMES ROBERT BREITENBUCHER and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

Order To Show Cause Why Supervision Should Not Be Revoked

**SEALED BY ORDER OF THE COURT**

in violation of Title  United States Code, Section(s) .

| | |
|---|---|
| Sue Beitia | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer/Deputy Clerk | September 26, 2007 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at **NO BAIL**     By: Susan Oki Mollway, United States District Judge

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at Honolulu, HI.

| Date Received | 9/26/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| Date of Arrest | 9/27/07 | Honolulu, HI. | |