Prob 12CAmended 1
(Rev. 3/06 D/HI)

ORIGINAL

# United States District Court

for the

## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 02 2007

at __ o'clock and 36 min A M.
SUE BEITIA, CLERK

U.S.A. vs.  JAMES ROBERT BREITENBUCHER        Docket No.  CR 01-00080SOM-01

### AMENDED REQUEST FOR COURSE OF ACTION
(Statement of Alleged Violations of Supervised Release)

   COMES NOW FRANK M. CONDELLO, II, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of JAMES ROBERT BREITENBUCHER, who was placed on supervision by the Honorable Susan Oki Mollway, sitting in the Court at Honolulu, Hawaii, on the 9th day of October 2001, who fixed the period of supervision at three (3) years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

   1. That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office.

   2. That the defendant is prohibited from possessing any illegal or dangerous weapons.

   3. That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

   4. That the defendant shall provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

   The Court also ordered that restitution of $309 is due immediately to the Hawaii National Bank, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest, if applicable, is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision.

   On 8/14/2006, the Court modified the conditions of supervision and imposed the following conditions:

   General Condition:  That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

Prob 12C Amend'1
(Rev. 3/06 D/HI)

2

Special Condition No. 1: That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

On 4/18/2007, the Court modified the conditions of supervision and imposed the following conditions:

5.  Defendant shall refrain from the use of alcohol and all other intoxicants during the term of supervision.

6.  Defendant shall not incur new credit charges or open additional lines of credit without prior permission from the Probation Officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Alleged Violation(s) of Supervised Release

That the petition for Request for Course of Action dated 9/26/2007 and filed on 9/26/2007 include the following additional violation(s):

4.  On 9/26/2007, the subject engaged in conduct constituting a crime in the State of Hawaii, to wit, Theft in the Fourth Degree, in violation of Hawaii Revised Statute (H.R.S.) § 708-0833 and in violation of the General Condition.

Based on the above, the U.S. Probation Officer recommends that the Request for Course of Action dated 9/26/2007 and filed on 9/26/2007 be amended to include the additional violation.

Prob 12C Amend 1
(Rev. 3/06 D/HI)

3

PRAYING THAT THE COURT WILL ORDER ONE OF THE FOLLOWING COURSES OF ACTION:

[X] That the Request for Course of Action dated 9/26/2007 and filed on 9/26/2007 be amended to include the additional violation(s) and that the subject be brought before the Court to show cause why supervision should not be revoked.

[ ] Other

I declare under penalty of perjury that the foregoing is true and correct

Executed on  10/2/2007

_____
FRANK M. CONDELLO, II
U.S. Probation Officer

Approved by:

_____
GENE DeMELLO, JR.
Supervising U.S. Probation Officer

### ORDER OF COURT

THE COURT ORDERS that the Request for Course of Action dated 9/26/2007 and filed on 9/26/2007 be amended to include the additional violation(s) and that the subject be brought before the Court to show cause why supervision should not be revoked.

Considered and ordered this 2nd day of October, 2007, and ordered filed and made a part of the records in the above case.

_____
SUSAN OKI MOLLWAY
U.S. District Judge

Re:   **BREITENBUCHER, James Robert**
      **Criminal No. CR 01-00080SOM-01**
      **REVOCATION OF SUPERVISED RELEASE**

## STATEMENT OF FACTS

**Violation No. 4 - On 9/26/2007 Engaged in Conduct Constituting a Crime in the State of Hawaii, to wit, Theft in the Fourth Degree**: The subject was arrested on 9/26/2007 for Theft in the Fourth Degree, in violation of H.R.S. § 708-0833. According to Honolulu Police Department (HPD) Report No. 07-385950, on 9/26/2007 at approximately 10:40 a.m., the subject was observed inside the Foodland supermarket located at 1460 S. Beretania Street, in Honolulu. Foodland Security Officer Jesse Tom observed the subject selecting one bottle of Grey Goose Vanilla Vodka. The subject placed the bottle in a shopping cart. He then proceeded to a different isle and then placed the bottle in a black bag that was inside the cart. Security Officer Tom followed the subject who then proceeded to the check out line. The subject paid for a pack of cigarettes but failed to pay for the vodka that was still inside the black bag. Approximately fifteen (15) feet from the exit of the store, the subject was stopped by Security Officer Tom and placed under citizen's arrest for Theft in the Fourth Degree. The bottle of vodka was recovered from the black bag. The value of the bottle of vodka is $42.82. Foodland has stated that they wish to pursue prosecution of this case. The subject appeared for an initial appearance on 9/26/2007. The case is still pending in the District Court system.

Because the subject has a special condition to not consume alcohol, it is concerning that the subject attempted to shoplift a bottle of vodka.

Respectfully submitted by,

_____
FRANK M. CONDELLO, II
U.S. Probation Officer

Approved by:

_____
GENE DeMELLO, JR.
Supervising U.S. Probation Officer

FMC/dck

Re:   BREITENBUCHER, James Robert
      Criminal No. CR 01-00080SOM-01
      REVOCATION OF SUPERVISED RELEASE
      STATEMENT OF FACTS - Page 2

**NOTICE OF ADDITIONAL CONDITION(S) OF SUPERVISION THAT MAY WARRANT CONSIDERATION**

None.