# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 01-00080SOM |
| CASE NAME: | USA vs. James Robert Breitenbucher |
| ATTYS FOR PLA: | Darren Ching<br>Frank Condello (USPO) |
| ATTYS FOR DEFT: | Alexander Silvert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 10/3/2007 | TIME: | 2:40 - 2:55 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant James Robert Breitenbucher present and in custody.

Defendant admits to all 4 violations.

Court finds that there is sufficient evidence to support the violations and the defendant has not met the conditions of supervision.

Mr. Silvert requests a continuance in order to research available options - Granted.

This hearing is continued to 10/24/07 @ 9:00 a.m.

Court instructs Mr. Silvert to contact Natalie Wight, BOP counsel.

Ms. Wight to submit a letter to the Court re: defendant's medical issues, and the possibility of the defendant receiving the medication that is helpful to him.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.