# MINUTES

CASE NUMBER: CR 01-00080SOM

CASE NAME: USA vs. James Robert Breitenbucher

ATTYS FOR PLA: Darren Ching (by phone)

ATTYS FOR DEFT: Alexander Silvert (by phone)

INTERPRETER:

JUDGE: Susan Oki Mollway         REPORTER: No Record

DATE: 10/22/2007                 TIME: 2:45 - 3:10

COURT ACTION: EP: Telephone Conference - held in chambers.

Discussion held re: Continued Order to Show Cause Why Supervised Release Should Not Be Revoked currently set for 10/24/07 @ 9:00 a.m. SOM.

Mr. Silvert requests a continuance in order to secure witnesses, including an expert witness that is currently in Spain, and to try and get the defendant into Poailani.

Mr. Silvert has an oral report from the expert witness.

Mr. Silvert to summarize the opinions, and to give a copy to the government by the end of the week.

This hearing is continued to 12/6/07 @ 9:00 a.m.

If bedspace becomes available before this hearing, or another issues arises, Mr. Silvert to contact the Court and another telephone conference will be scheduled.

Submitted by: Toni Fujinaga, Courtroom Manager.