PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:      alexander_silvert@fd.org

Attorney for Defendant
JAMES ROBERT BREITENBUCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 01-00080 SOM |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER FOR |
| | ) TEMPORARY RELEASE OF |
| vs. | ) DEFENDANT FOR TREATMENT |
| | ) INTERVIEW |
| JAMES ROBERT | ) |
| BREITENBUCHER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION AND ORDER FOR TEMPORARY
<u>RELEASE OF DEFENDANT FOR TREATMENT INTERVIEW</u>**

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that Defendant James Robert Breitenbucher, be temporarily released

to the Office of the Federal Defender for the purpose of an interview with the case manager of North Shore Mental Health in order to complete the necessary paperwork for possible placement in treatment programs.  It is estimated that the necessary paperwork will take up to four hours to complete.

        The meeting is scheduled for Monday, December 3, 2007, at approximately 11:30 a.m.  A representative from the Office of the Federal Defender will escort Mr. Breitenbucher from the U. S. Marshal Service and will return him to them before 3:00 p.m., that day.

        IT IS SO STIPULATED:

        DATED:   Honolulu, Hawaii, November 29, 2007.

        /s/ Alexander Silvert
        ALEXANDER SILVERT
        Attorney for Defendant
        JAMES ROBERT BREITENBUCHER

        /s/ Ronald G. Johnson
        RONALD G. JOHNSON
        Attorney for Plaintiff
        UNITED STATES OF AMERICA

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 29, 2007.



 /s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

United States V. James Robert Breitenbucher
Cr. No. 01-00080 SOM
STIPULATION AND ORDER FOR TEMPORARY RELEASE OF DEFENDANT FOR TREATMENT
INTERVIEW

3