# MINUTES

CASE NUMBER:       CR 01-00080SOM

CASE NAME:         USA vs. James Robert Breitenbucher

ATTYS FOR PLA:     Darren Ching (by phone)

ATTYS FOR DEFT:    Alexander Silvert (by phone)

INTERPRETER:

JUDGE:    Susan Oki Mollway         REPORTER:   Debra Chun

DATE:     12/03/2007                TIME:       4:25 - 4:35

COURT ACTION:  EP: Status Conference by telephone held in Chambers.

Defendant James Robert Breitenbucher not present, and his presence is waived for purposes of this hearing.

Discussion held re: witness availability and the continued hearing on the order to show cause why supervised release should not be revoked which is set for 12/6/07 @ 9:00a .m. SOM.

Court will allow witnesses to appear either telephonically or by videoconference.

Court offers the parties additional time for witness testimony on 12/6/07 from 2:15 p.m. - 3:15 p.m., and all day on 12/7/07.

Mr. Ching informed the Court that he may file a m/quash.

Submitted by: Toni Fujinaga, Courtroom Manager.