IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 01-00080 SOM |
| | ) |
| Plaintiff, | ) DECLARATION OF COUNSEL |
| | ) |
| vs. | ) |
| | ) |
| JAMES ROBERT BREITENBUCHER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

DECLARATION OF COUNSEL

Darren W.K. Ching deposes and says:

1. Your Declarant is the Assistant United States Attorney responsible for the prosecution of the above-entitled case.

2. I am informed and of the belief that the facts and statements set forth in the foregoing memorandum are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 5, 2007, at Honolulu, Hawaii.

/s/ Darren W.K. Ching
_____
Darren W.K. Ching
Assistant U.S. Attorney