**U.S. Department of Justice**

Federal Bureau of Prisons

---

*Legal Counsel*

*Federal Detention Center*
*351 Elliott St.*
*Honolulu, Hawaii, 96819*

October 10, 2007

The Honorable Susan Oki Mollway
United States District Court
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

    RE: ROBERT JAMES BREITENBUCHER, REGISTER NO. 88635-022
        Medical Status Report

Dear Judge Mollway:

    I am writing in response to your request that the Federal Bureau of Prisons (BOP) provide a status report of defendant Robert James Breitenbucher's medical issues and the availability of appropriate medication while in custody at the Federal Detention Center in Honolulu, Hawaii (FDC Honolulu). Based on a review of his medical records and communication with medical staff, FDC Honolulu is able to provide Mr. Breitenbucher with appropriate medical care and medication while in BOP custody.

    Mr. Breitenbucher has been housed at FDC Honolulu on three separate occasions. He was first housed at FDC Honolulu from September 2001 through December 2001, prior to his designation to the Federal Correctional Institution in Sheridan, Oregon, to serve a 70 month sentence for Bank Robbery. Mr. Breitenbucher returned to FDC Honolulu in November 2004 to complete the remainder of his sentence, until he was released to a halfway house in October 2005. Following Mr. Breitenbucher's release from the halfway house on April 20, 2006, he was returned to FDC Honolulu on September 27, 2007, pending review of supervised release violations.

    During his first two confinements at FDC Honolulu, Mr. Breitenbucher was monitored regularly in the Health Services Chronic Care Clinic for his Hepatitis C, Scoliosis and Bipolar Disorder. During Mr. Breitenbucher's most recent intake screening on September 27, 2007, he indicated he was taking two medications for his Bipolar Disorder: Lamotrigine and Paroxetine. A Medication Reconciliation form was filled out and the Chief Pharmacist and Clinical Director were contacted to either approve or disapprove the medications. In Mr. Breitenbucher's case, the Lamotrigine was continued and the Paroxetine was changed to Fluoxetine. Fluoxetine is an appropriate substitute drug from

**EXHIBIT I**

the same family as Paroxetine, and is a first-line drug choice from the BOP National Formulary.

The BOP National Formulary is a list of medications that provide high quality, readily available, cost effective drug therapy that optimizes the treatment of the patients while ensuring conduciveness within the correctional environment. All BOP institutions, including Medical Centers, are expected to abide by the formulary. It is the duty of each institution's Chief Pharmacist and Clinical Director to ensure National Formulary compliance. See complete BOP National Formulary at http://www.bop.gov/news/medresources.jsp.

While it is not unusual that, during initial intake screening, a new inmate will say he is prescribed a particular or preferred medication to treat an ailment; the Clinical Director, however, must verify the necessity of the medication and has the option to continue, discontinue, or substitute the medication. If the medication is non-formulary, but the physician believes the medication is indicated and justified, he may submit a request to the BOP Central Office Health Services Division for review and approval. If the need for the non-formulary medication is urgent, there are a few special situations where the physician may permit a temporary (4-day) "continuity of care" allowance for prescription of the non-formulary medication, while awaiting approval from the BOP Central Office.

In Mr. Breitenbucher's case, where he was prescribed an appropriate substitute medication from the formulary for his Bipolar Disorder, he will be closely monitored during the full course of the substitute medication to evaluate the treatment effects, or until otherwise indicated. In addition to the availability of various medical staff and sick call sign-ups, Mr. Breitenbucher has been assigned to both the Mental Health and Infectious Disease Chronic Care Clinics at FDC Honolulu, where his medical condition will be regularly monitored.

I trust this letter is responsive to your inquiry. If you have any questions regarding this matter, please do not hesitate to contact me, or the FDC Honolulu Health Services Administrator, Dennis Quillendrino, at (808) 838-4200.

Sincerely,

*[signature]*

Natalie Wight
Senior Attorney