# FEDERAL PUBLIC DEFENDER
District of Hawaii

**Alexander Silvert**
First Assistant Federal Defender

300 Ala Moana Boulevard, Suite 7-104
Honolulu, Hawaii 96850-5269

(808) 541-2521 ♦ Facsimile (808) 541-3545 ♦ Toll free (877) 541-2521

October 26, 2007

Darrin Ching
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii 96850

Re:   United States v. Breitenbucher

Dear Mr. Ching:

      Enclosed is the Curriculum Vitae for Dr. Daryl Matthews. I will provide you with the vitae of the other two expert witnesses I currently intend to call in Mr. Breitenbucher's violation hearing as soon as I get them.

      Dr. Daryl Matthews, a Clinical Professor of Psychiatry and Director Emeritus of the Forensic Psychiatry Program at the John A. Burns School of Medicine, will discuss the psychiatric evaluation policies and practice of the Bureau of Prisons, as applied in Mr. Breitenbucher's specific case. This will be based upon the printed policies of the Bureau of Prisons and a review of Mr. Breitenbucher's prison medical records.

      Stephanie Tsai, who has a master's degree in Clinical Psychology and who is a Certified Alcohol Drug Counsel, and Dr. Christian Boyens, a Board Certified Family Practice Physician, who both have treated Mr. Breitenbucher in the past for his psychological illnesses, will testify specifically as to Mr. Breitenbucher's diagnosis and treatment, which includes the prescribing of drugs to Mr. Breitenbucher to treat his mental illness. Their testimony will be based, in part, on their review of the Bureau of Prison medical records pertaining to Mr. Breitenbucher as well as his past medical records. They will also discuss the proper treatment of individuals with bi-polar illnesses, and in specific, Mr. Breitenbucher.

**EXHIBIT 2**

Breitenbucher Ltr
Page Two

      Together, their testimony will go to the issue as to whether Mr. Breitenbucher is being properly treated by the Bureau of Prisons and/or whether he would better be served in a mental health/drug treatment facility.

Sincerely,

*Alexander Silvert*

ALEXANDER SILVERT
First Assistant
Federal Public Defender
District of Hawaii