# FEDERAL PUBLIC DEFENDER
### DISTRICT OF HAWAII

Alexander Silvert
First Assistant Federal Defender
alexander_silvert@fd.org

300 Ala Moana Boulevard, Suite 7-104
Honolulu, Hawaii 96850-5269

(808) 541-2521 ♦ Facsimile (808) 541-3545 ♦ Toll free (877) 541-2521

November 23, 2007

Darren Ching
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii 96850

Re:   Breitenbucher Expert Testimony

Dear Mr. Ching:

I am writing in response to your letter dated November 21st which was not received until the late afternoon of that date. I would note that your letter comes approximately one month after I submitted my initial letter to you regarding the expert witness testimony I plan to present at Mr. Breitenbucher's violation hearing on December 6th. Thus you have had almost a month to inform me that you do not feel that my initial information was sufficient for you to determine whether or not you wished to have your own experts testify on behalf of the BoP policies and practices in this particular case. Moreover, we have had several court hearings together on other matters and you have not once informed me that you wished further information regarding the testimony of my experts. As such, I would vigorously object to any continuance request you might make.

In your letter, you demand that we provide you with Rule 16-like discovery as to our expert witness testimony. Rule 16, however, does not apply to revocation hearings. The Court did order that we provide you with the names of our experts and the general nature subject matter of their testimony. We have done that. But for the sake of moving on with this hearing as scheduled, I will provide you herein with a list of documents that have been relied upon for purposes of their testimony.

Dr. Matthews has been provided with and read the following BoP Program Statements: Numbers 5310.13; P6340.04; and P6360.01. He has also reviewed "Federal Bureau of Prisons Health Services: National Formulary 2007; the

**EXHIBIT 3**