




**U.S. Department of Justice**

Federal Bureau of Prisons

---

Legal Counsel

'07 NOV 29 A10 :47

*Federal Detention Center*
*351 Elliott St.*
*Honolulu, Hawaii, 96819*

November 23, 2007

The Honorable Susan Oki Mollway
United States District Court
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

**RE: James Robert Breitenbucher– Updated Medical Status Report**

Dear Judge Mollway:

This letter is to supplement and clarify our letter to the Court dated October 10, 2007, summarizing Mr. Breitenbucher's medical issues and the availability of appropriate medication while in the custody of the Federal Bureau of Prisons (BOP), Federal Detention Center in Honolulu, Hawaii (FDC Honolulu).

Specifically, the October 10, 2007, letter indicated that Mr. Breitenbucher was prescribed two medications to treat his Bipolar Disorder: Fluoxetine and Lamotrigine. Fluoxetine was prescribed as a substitute for Mr. Breitenbucher's requested drug, Paroxetine. While Paroxetine is also on the BOP National Formulary, and may be prescribed if more appropriate, it is not considered a first-line drug. The FDC Honolulu Clinical Director, in his professional judgment, believed that prescribing Fluoxetine to Mr. Breitenbucher would appropriately treat his condition. The Clinical Director planned to monitor Mr. Breitenbucher during one full course of the Fluoxetine and evaluate the treatment effects, unless otherwise indicated. However, on October 17, 2007, Mr. Breitenbucher informed the Clinical Director that he decided to stop taking the Fluoxetine because he had been feeling good without it and did not want to take it anymore. The Clinical Director discontinued the prescription for Fluoxetine. Mr. Breitenbucher's prescription for Lamotrigine was continued and, as of the date of this letter, he has not reported any new medical concerns. Mr. Breitenbucher's medical issues will continue to be closely monitored in the Chronic Care Clinic at FDC Honolulu.

We hope this letter helps to clarify the issues to be discussed at Mr. Breitenbucher's upcoming hearing.

Sincerely,

Natalie Wight
Senior Attorney

cc: Darren Ching, Assistant United States Attorney's Office
    Alexander Silvert, Federal Public Defender's Office

**EXHIBIT 4**