EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

DARREN W.K. CHING          #6903
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>JAMES ROBERT BREITENBUCHER,<br><br>          Defendant. | ) CR. NO. 01-00080 SOM<br>)<br>) ADDENDUM TO EXHIBIT 3 OF<br>) GOVERNMENT'S MEMORANDUM RE:<br>) RELEVANCE AND SCOPE OF<br>) EXAMINATION OF DEFENDANT'S<br>) WITNESS FILED ON DECEMBER 5,<br>) 2007; CERTIFICATE OF SERVICE;<br>) EXHIBIT 3A<br>)<br>) Date:  December 6, 2007<br>) Time:  9:00 a.m.<br>) Judge:  Susan Oki Mollway |

ADDENDUM TO EXHIBIT 3 OF GOVERNMENT'S MEMORANDUM RE:
RELEVANCE AND SCOPE OF EXAMINATION OF DEFENDANT'S WITNESS FILED
ON DECEMBER 5, 2007

The United States through its undersigned counsel

hereby submits page 2 of Exhibit 3 which was not attached to the

Government's Memorandum Re: Relevance and Scope of Examination of

Defendant's Witness filed on December 5, 2007.

      DATED: December 6, 2007, at Honolulu, Hawaii.

                        EDWARD H. KUBO, JR.
                        United States Attorney
                        District of Hawaii


                          /s/ Darren W. K. Ching
                By_____
                  Darren W.K. Ching
                  Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

ALEXANDER SILVERT                alexander_silvert@fd.org

Attorney for Defendant
JAMES ROBERT BREITENBUCHER

DATED:  December 6, 2007, at Honolulu, Hawaii.


/s/ Kari Cadelinia
_____