Darren Ching, AUSA
November 23, 2007
Page 2

Federal Bureau of Prisons Clinical Practice Guidelines for Psychiatric Evaluations; the letter from Natalie Wight dated October 10, 2007; and Mr. Breitenbucher's current BoP medical records.

      Dr. Boyens and Stephanie Tsai have reviewed Mr. Breitenbucher's current BoP medical records as well as his treatment records from Freedom Recovery Services and from his treating physician in New York prior to his return to Hawaii.

      Dr. Matthews will testify regarding the psychiatric treatment policies of the Bureau of Prisons as detailed in their program statements. He will also testify as to the difference between Prozac and Paxil and as to what drugs were given to Mr. Breitenbucher at FDC Honolulu based upon his intake screening records. He will testify that this treatment regime, as applied to Mr. Breitenbucher, falls below the level of psychiatric care required by the medical community and the reasons therefore. In particular, why this treatment regime, as applied to Mr. Breitenbucher, may be dangerous to Mr. Breitenbucher's health both in the past and in the future if he were to remain in BoP custody.

      Dr. Boyens and Ms. Tsai will also testify as to the difference between Prozac and Paxil. They will also testify as to the medicines prescribed to Mr. Breitenbucher prior to his incarceration at FDC based upon Mr. Breitenbucher's prior treatment (to which both Dr. Boyens and Ms. Tsai were a part of) and as to why the medical practice so far afforded to Mr. Brietenbucher by FDC Honolulu was and is medical deficient and a danger to his health.

      I have already provided to you their resumes.

                    Sincerely,

                      ALEXANDER SILVERT
                      First Assistant
                      Federal Public Defender
                      District of Hawaii

**EXHIBIT 3A**