# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 01-00080SOM |
| CASE NAME: | USA vs. James Robert Breitenbucher |
| ATTYS FOR PLA: | Darren Ching |
| | Natalie Wight (BOP) |
| ATTYS FOR DEFT: | Alexander Silvert |
| | Frank Condello (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 12/6/2007 | TIME: | 9:10 - 12:20 |
| | | | 1:05 - 2:50 |

COURT ACTION: EP: Continued Order to Show Cause Why Supervised Release Should Not Be Revoked (Evidentiary Hearing) -

Defendant James Robert Breitenbucher present and in custody.

Discussion held re: government's objection to the proposed testimony of Dr. Matthews, and the medication requested by the defendant.

Natalie Wight addressed the Court.

Defendant's Witnesses: Leonardo Giron CST by phone for direct examination, (parties agree that the CRM may swear in this witness, and there will be no challenge to the validity of the oath), cross examination and re direct examination ;

James Robert Breitenbucher CST for direct examination and cross examination and

Daryl Matthews CST for direct examination, (Dr. Giron called in order that he may listen to Dr. Matthews' testimony).

Mr. Ching requests a break in order that he may confer with Dr. Giron.

Courtroom cleared.

Cross examination of Dr. Matthews and re direct examination.

Defendant's Admitted Exhibits: 3 (BOP Formulary), 1 (Chronological record of medical care) and 4 (Consent to Use of Serotonin).

James Robert Breitenbucher resumed for re direct examination, re cross examination, re re direct examination, re re cross examination and re re re direct examination.

Arguments.

Court continues this hearing in order to allow the defendant to participate in the Poailani program.  When a bedspace becomes available, the Court will order that the defendant be released to go to Poailani.

This hearing is continued to 3/31/08 @ 1:30 p.m.

Defendant to start on Paxil immediately, or the Court shall be notified.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.