PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       alexander_silvert@fd.org

Attorney for Defendant
JAMES ROBERT BREITENBUCHER

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 01-00080 SOM |
| | ) |
| Plaintiff, | ) ORDER MODIFYING CONDITIONS |
| | ) OF SUPERVISED RELEASE |
| vs. | ) |
| | ) |
| JAMES BREITENBUCHER, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On December 6, 2007, a Continued Order to Show Cause Why

Supervised Release Should Not be Revoked hearing was held.  Alexander Silvert,

First Assistant Federal Defender appeared with and on behalf of Defendant James

Breitenbucher, and Darren Ching, Assistant United States Attorney, appeared on behalf of the government.  After hearing arguments of counsel,

IT IS HEREBY ORDERED that the conditions of Defendant's supervised release be modified to allow him to participate in the Po'ailani Treatment Program as soon as bedspace becomes available.  At that time the United States Marshal Service shall transport Defendant to the courthouse where he shall be released to a representative of the Federal Public Defender's Office for transport to the treatment facility.

IT IS FURTHER ORDERED that this hearing shall be continued to March 31, 2008, at 1:30 p.m.

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; December 12, 2007.



/s/Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

UNITED STATES v. BREITENBUCHER
Cr. No. 01-00080 SOM
ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

APPROVED AS TO FORM ONLY:


 /s/ Darren Ching
DARREN CHING
Assistant United States Attorney

UNITED STATES v. BREITENBUCHER
Cr. No. 01-00080 SOM
ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE