# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 01-00080SOM |
| CASE NAME: | USA vs. James Robert Breitenbucher |
| ATTYS FOR PLA: | Darren Ching |
| | Frank Condello (USPO) |
| ATTYS FOR DEFT: | Alexander Silvert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 3/31/2008 | TIME: | 1:30 - 1:35 |

COURT ACTION:  Continued Hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant James Robert Breitenbucher present.

Mr. Silvert updated the court re: the defendant's status, and requests a 3 month continuance.

Court sets a continued status conference for 5/12/08 @ 1:30 p.m. SOM.

Submitted by: Toni Fujinaga, Courtroom Manager.