# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 01-00080SOM |
| CASE NAME: | USA vs. James Robert Breitenbucher |
| ATTYS FOR PLA: | Darren Ching |
| | Frank Condello (USPO) |
| ATTYS FOR DEFT: | Alexander Silvert |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 5/12/2008 | TIME: | 1:30 - 1:40 |

COURT ACTION:  EP: Continued Status Conference re: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant James Robert Breitenbucher present.

Mr. Silvert informed the Court re: the status of the defendant.

Mr. Silvert requests for either a continuance of this hearing , or that the Court go forward with sentencing and impose further supervised release.

Discussion held.

Court continues this status conference to 8/11/08 @ 2:15 p.m.

Submitted by: Toni Fujinaga, Courtroom Manager.