# MINUTES

CASE NUMBER:      CR 01-00080SOM

CASE NAME:        USA vs. James Robert Breitenbucher

ATTYS FOR PLA:    Darren Ching

ATTYS FOR DEFT:   Alexander Silvert

                                    Frank Condello (USPO)

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 8/11/2008 | TIME: | 2:25 - 2:35 |

COURT ACTION:  EP: Continued Status Conference re: Order to Show Cause Why Supervised Release Should Not Be Revoked (continued evidentiary hearing) -

Defendant James Robert Breitenbucher present.

Defendant to continue treatment at Poailani and attend school at Honolulu Community College.

Court holds this hearing in abeyance and continues it to 10/20/08 @ 3:45 p.m. SOM.

Submitted by: Toni Fujinaga, Courtroom Manager.